**Order entered April 2, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-14-01189-CR
No. 05-14-01190-CR

**MICHAEL DOWDEN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

On Appeal from the 194th Judicial District Court
Dallas County, Texas
Trial Court Cause Nos. F88-86404-M, F88-89370-M

## ORDER

The Court **REINSTATES** the appeal.

On February 5, 2015, we ordered the trial court to make findings regarding whether the record could be supplemented with appellant's pro se motion for DNA testing. We **ADOPT** the findings that: (1) the Dallas County District Clerk's Office could not locate the motion for DNA testing; and (2) a copy of the motion was located by the parties, and they entered a written stipulation that it is the motion and should be included in the record. Attached to the findings are the parties' stipulation and a copy of the motion for DNA testing.

Appellate counsel filed an *Anders* brief. Appellant's pro se response, if he chooses to file one, is due by **MAY 15, 2015**.

We **DIRECT** the Clerk to send a copy of this order and a copy of the supplement clerk's record filed on April 1, 2015 to Michael Dowden, TDCJ No. 1738563, Estelle United, 264 F.M. 3478, Huntsville, Texas 77320.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to counsel for all parties.

/s/     ADA BROWN
JUSTICE